**David P. Rossmiller, Montana Bar No. 11765**
Email: drossmiller@chartwelllaw.com
THE CHARTWELL LAW OFFICES, LLP
1050 SW 6th Avenue, Ste. 1100
Portland, OR 97204
Telephone: 503-886-8108
Facsimile: 503-961-7864

*Attorneys for American Hallmark*
*Insurance Company of Texas*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RKL ENTERPRISES, INC. f/k/a RKL ENTERPRISES, LLC d/b/a PREMIER POOLS AND SPAS OF MONTANA, a Montana Corporation,<br><br>Defendant. | CASE NO. 1:23-CV-00048-SPW-KLD<br><br>NOTICE OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff American Hallmark Insurance Company of Texas hereby provides this notice of dismissal of the above-captioned matter, in its entirety, with prejudice and with each party solely responsible for its own costs, expenses, and fees, pursuant to a settlement agreement among the parties ("Settlement Agreement").

Page 1 – NOTICE OF DISMISSAL

In support of this Notice, American Hallmark states as follows:

1. Fed. R. Civ. P. 41(a)(1)(A) provides that, subject to certain exceptions not applicable here, "the plaintiff may dismiss an action without a court order by filing . . . (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

2. No defendant has appeared.

WHEREFORE, pursuant to this Notice of Dismissal and Fed. R. Civ. P. 41(a)(1)(A), the above-captioned matter is dismissed with prejudice without an order of the Court, each party to pay its own costs. Pursuant to Fed. R. Civ. P. 58, American Hallmark requests that upon approval of this Notice, the Court direct the Clerk of Court to enter a final judgment, accordingly, pursuant to the Order of Dismissal filed contemporaneously herewith.

DATED this 25th day of May, 2023.

THE CHARTWELL LAW OFFICES, LLP

By /s/ David P. Rossmiller
**David P. Rossmiller, Bar No. 11765**
drossmiller@chartwelllaw.com
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
T: 503-886-8108
F: 503-961-7864

*Attorneys for American Hallmark Insurance Company of Texas*